# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2019

157938

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

APOSTOLOS PAUL MARGARIS,
      Plaintiff-Appellant,

v

GENESEE COUNTY, CHRISTOPHER SWANSON, and SHERIFF ROBERT PICKELL,
      Defendants-Appellees,
and

STARLITE DINER, INC. and KOSTA POPOFF,
      Defendants.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157938
COA: 337771
Genesee CC: 15-105802-CZ

_____/

On order of the Court, the application for leave to appeal the May 3, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2019



Clerk

t0422